**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WARREN EASLEY,<br><br>Plaintiff,<br><br>v.<br><br>CRNP DAVIS, *et al*.,<br><br>Defendants. | CIVIL ACTION NO. 3:26-cv-01676<br><br>(SAPORITO, J.) |

# ORDER

**AND NOW**, this 26th day of August, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Upon review, plaintiff's renewed application for leave to proceed *in forma pauperis* in the above-captioned case (Doc. 15) is **GRANTED**.

2. Plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed in forma pauperis. The full filing fee shall be paid regardless of the outcome of the litigation.

3. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the superintendent or warden, or other appropriate official at the plaintiff's place of confinement, is directed to deduct an initial partial filing fee of 20% of

the greater of:

a. the average monthly deposits in the inmate's prison account for the past six months, or

b. the average monthly balance in the inmate's prison account for the past six months.

This initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in the plaintiff's inmate trust fund account exceeds $10.00, the superintendent or warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to the plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number;

4. The Clerk of Court is directed to **SEND** a copy of this order to the superintendent or warden of the institution where the plaintiff is presently confined.

5. Plaintiff's motion requesting reassignment of this action or

recusal of the undersigned (Doc. 14) is **DENIED**.

6. The parties shall complete discovery by **November 25, 2026**.

7. The parties shall file any dispositive motions by **December 28, 2026**.

Dated: August 26, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge